Milton **TOWNSEND**; Bruce E. Kenney, Plaintiffs–Appellants,

and

James Taylor, Plaintiff,

v.

Alton **BASKERVILLE**, Warden; Thomas F. Neumayer, Assistant Warden of Programs; Michael Morley, Chaplain; Dorothy Collins, Chief Operations of Classification & Records Unit; Shanda Dawkins, Senior Counselor/Program Supervisor; P.E. Anderson, Correctional Officer; P.M. Henick, Regional Ombudsman; Sergeant Lee; Officer West; Captain Scott; Officer Mullins; Lieutenant Best, Defendants–Appellees.

No. 05–7825.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2006.

Decided: June 26, 2006.

Milton Townsend, Bruce E. Kenney, Appellants Pro Se. Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milton Townsend and Bruce E. Kenney appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Townsend v. Baskerville,* No. CA–03–549–3 (E.D.Va. Sept. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*